**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION**

| | |
|---|---|
| Richard Clementi | Case No. 3:11-cv-2487-FLW-LHG |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Portfolio Recovery Associates, LLC | |
| Defendant. | |

Plaintiff, by and through counsel, gives Notice that the parties in the above-captioned matter have reached a settlement. Plaintiff anticipates being in a position to file a Notice of Dismissal with prejudice within 30 days to allow for full execution of the settlement agreement.

RESPECTFULLY SUBMITTED,

Macey & Aleman,

By: /s/ *Alana M. Carrion*
Alana M. Carrion
17 Academy Street, Suite 610
Newark, NJ 07102
Tel: 1.888.303.0431
axc@legalhelpers.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically on July 8, 2011.  Notice of this filing was sent by placing a copy of the same in the U.S. Mail on July 8, 2011, addressed to the following:

Portfolio Recovery Associates, LLC
c/o Keith McGurgan
140 Corporate Boulevard
Norfolk, VA 23502

*/s/ Alana M.  Carrion*